## MARY LEECH v. PETER LEE'S ADMINISTRATORS.

Court of Common Pleas. New Castle. December, 1797.

*Bayard's Notebook, 225.*

BASSETT, C. J., ruled in this case that money claimed and recoverable only in an action for use and occupation of land could not be considered as rent within the Act of Assembly [1 Del. Laws 82] fixing the order in which debts are to be paid by executors etc.